1  Janine S. McMillion (SBN 195036)
2  Evelina M. Serafini (SBN 187137)
   **McMILLION & HIRTENSTEINER, LLP**
3  One Pacific Plaza
4  7755 Center Avenue, Suite 1100
   Huntington Beach, CA 92647
5  Telephone: (213) 785-8980
6  Facsimile: (866) 707-0282

7  Attorneys for Defendant, T-BIRD RESTAURANT GROUP, INC.

8
   Nathaniel Sterling, SBN 215734
9  **STERLING LAW FIRM**
   4790 Dewey Drive, Suite A
10 Fair Oaks, California 95628
   Phone : 916-801-4386
11
   Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heather Presto, Sarah Sherwood, Shadi Vaghefi, Elizabeth Bierman, Chalakoh Yancy, Bridgette Holman, Alison Schuyler, <br><br> Plaintiffs, <br><br> vs. <br><br> T-Bird Restaurant Group Inc.; Josh Hamilton; Mike Loving; and Does 1 through 10, inclusive,, <br><br> Defendant. | **Case No.: 2:19-cv-00126-TLN-AC** <br><br> **Assigned: Hon. TROY L. NUNLEY** <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT T-BIRD RESTAURANT GROUP INC. TO RESPOND TO COMPLAINT; ORDER** <br><br> **Complaint Filed: January 21, 2019** |

IT IS HEREBY STIPULATED by and between the parties hereto through

-1-

**STIPULATION TO EXTEND TIME FOR DEF.T-BIRD RESTAURANT TO RESPOND TO COMP**

their respective attorneys that Defendant T-BIRD RESTAURANT GROUP INC. may have additional time within which to answer or otherwise respond to plaintiffs' complaint. Therefore, the last day for defendant to answer or otherwise respond to plaintiff's complaint is Monday, April 15, 2019.

Good cause exists for this extension as only 1 of 3 named defendants has been served and the parties require additional time to explore out of court resolution and/or arbitration prior to the filing of a response to the Complaint.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiffs' counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

Dated: April 1, 2019     **McMILLION & HIRTENSTEINER, LLP**

By: _____
    Janine S. McMillion
    Evelina M. Serafini
Attorneys for Defendant, T-BIRD

Dated: April 1, 2019     **STERLING LAW FIRM**

By:
    Nathaniel Sterling
Attorneys for Plaintiffs

**STIPULATION TO EXTEND TIME FOR DEF.T-BIRD RESTAURANT TO RESPOND TO COMP**

# **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Defendant should answer or otherwise respond to Plaintiffs' complaint on or before Monday, April 15, 2019.

Dated: April 7, 2019

_____
Troy L. Nunley
United States District Judge

-3-
**STIPULATION TO EXTEND TIME FOR DEF.T-BIRD RESTAURANT TO RESPOND TO COMP**