Nathaniel Sterling (SBN 215734)
**STERLING LAW FIRM**
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Phone: 916-801-4386
Attorneys for Plaintiffs

Janine S. McMillion (SBN 195036)
Evelina M. Serafini (SBN 187137)
**McMILLION & HIRTENSTEINER, LLP**
One Pacific Plaza
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
Telephone: (213) 785-8980
Facsimile: (866) 707-0282

Attorneys for Defendant, T-Bird Restaurant Group, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heather Presto, Sarah Sherwood, Shadi Vaghefi, Elizabeth Bierman, Chalakoh Yancy, Bridgette Holman, Alison Schuyler,<br><br>Plaintiffs,<br><br>vs.<br><br>T-Bird Restaurant Group Inc.; Josh Hamilton; Mike Loving; and Does 1 through 10, inclusive,<br><br>Defendant. | **Case No.: 2:19-cv-00126-TLN-AC**<br>**Assigned: Hon. Troy L. Tunley**<br><br>**STIPULATION AND ORDER REGARDING STANDSTILL AGREEMENT**<br><br><br>**Complaint Filed: January 21, 2019** |

    Plaintiffs Heather Presto, Sarah Sherwood, Shadi Vaghefi, Elizabeth Bierman, Chalakoh Yancy, Bridgette Holman, Alison Schuyler and Defendant, T-Bird Restaurant Group, Inc. (jointly "the Parties") respectfully submit the following stipulation for a three-month standstill through July 8, 2019:

    WHEREAS, this matter is not yet at issue, with only Defendant T-Bird Restaurant Inc. having been served via Waiver of Service, and no court dates have been set nor are pending on the Court's calendar, including no scheduling or discovery conferences;

WHEREAS Parties have met and conferred extensively regarding Defendant's response to the Complaint, informal resolution, exchange of factual information, the potential enforcement of applicable arbitration agreements and participating in formal private mediation;

WHEREAS, the Parties wish to focus their efforts on settlement and will work in good faith with full intention to resolve the case through private mediation, and the Parties and their respective counsel will attend mediation with full authority to settle the case,

WHEREAS the Parties have agreed upon neutrals to retain for purposes of private mediation with JAMS and are pursuing scheduling of mediation within the next two to three months, subject to mediator availability on the earliest practicable date;

WHEREAS, pending the Parties mediation and good faith settlement efforts, the Parties agree that all court proceedings be stayed and at a standstill in order to conserve judicial resources and the Parties' resources, and to promote a more conducive non-adversarial atmosphere for achieving a speedy, full and fair resolution of this case;

IT IS HEREBY AGREED, subject to the Court's approval, that:

1. All court proceedings in this matter be stayed pending the scheduling and completion of the Parties' agreed upon private mediation;

2. The Defendant's right to file a response to Plaintiffs' Complaint, including but not limited to a motion to compel arbitration of each and all of the Plaintiffs' disputes against Defendant, which response would be due, per the Parties previous agreement, by April 15, 2019, will not be prejudiced by the stay and standstill, and all dates related to Defendant's obligation to respond to the Complaint, will be stayed or held in abeyance;

/ / /

-2-

**STIPULATION AND ORDER RE STANDSTILL AGREEMENT**

3. The Parties will not file any motions, nor will Plaintiffs serve any written discovery nor seek to enforce any default or entry of judgment or other dispositive ruling against Defendant during the proposed standstill period. The Parties' ability to file any motions, including to compel discovery, will not be prejudiced as a result of the stay or standstill;

4. The Parties agree not to use the standstill agreement or the standstill period as a basis for any argument of waiver, prejudice or unreasonable delay;

5. The Parties will immediately notify the Court upon completion of the mediation as to whether the mediation resulted in a full resolution of the dispute;

6. If the Parties' settlement efforts during the standstill period does not fully and completely resolve this dispute, the Parties agree that Defendant's response to the Complaint will be due within 21 days of the date of completed mediation and litigation shall resume.

AGREED:

Dated: April 8, 2019              **STERLING LAW FIRM**

                                        By:  /s/ Nathaniel Sterling
                                                   Nathaniel Sterling
                                                   Attorney for Plaintiffs

Dated: April 8, 2019              **McMILLION & HIRTENSTEINER, LLP**

                                        By: _____
                                              Janine S. McMillion
                                              Evelina M. Serafini
                     Attorneys for Defendant, T-Bird Restaurant Group Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 12, 2019

_____
Troy L. Nunley
United States District Judge

**STIPULATION AND ORDER RE STANDSTILL AGREEMENT**

ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1, I, Evelina M. Serafini, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Standstill Agreement and Stay of Case. In compliance with Civil Local Rules 5-1(c)(4) and 5-1(i)(3), I hereby attest that Plaintiffs' Counsel, Nathaniel Sterling, concurred in this filing.

Dated: April 8, 2019        _____
                            Evelina M. Serafini

**STIPULATION AND ORDER RE STANDSTILL AGREEMENT**

# CERTIFICATE OF SERVICE

PRESTO, et al. v. T-Bird Restaurant Group Inc., et al.

Case No. **2:19-cv-00126-TLN-AC**

Document Served:

> **BY ELECTRONIC TRANSMISSION:** The e-mail address from which I served the document(s) is smo@mchirtlaw.com. Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic address(es) listed below.

Nathaniel Sterling, Esq.
STERLING LAW FIRM
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone: (916) 801-4386
E-Mail: nathanielsterling@yahoo.com
Attorney for Plaintiffs

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Signature: _____
Printed name: __Suzanne Olguin__
Business Address: McMILLION & HIRTENSTEINER, LLP
　　　　　　　　　One Pacific Plaza
　　　　　　　　　7755 Center Avenue, Suite 1100
　　　　　　　　　Huntington Beach, CA 92647
　　　　　　　　　Telephone: (213) 785-8980
　　　　　　　　　Facsimile: (866) 707-0282

**STIPULATION AND ORDER RE STANDSTILL AGREEMENT**